# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>DIRECTORS OF THE ENEMY OF ALIEN CONTROL UNIT OF THE DEPARTMENT OF JUSTICE,<br><br>    Respondent. | 1:07-cv-0508-LJO-TAG HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of mandate pursuant to 28 U.S.C. § 1651. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **April 23, 2007**                                                      **/s/ Theresa A. Goldner**
                                                                               UNITED STATES MAGISTRATE JUDGE