# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>          Plaintiff,<br><br>     vs.<br><br>DIRECTORS OF THE ENEMY OF ALIEN CONTROL UNIT OF THE DEPARTMENT OF JUSTICE,<br><br>          Defendant.<br>_____/ | Case No. 1:07-cv-0508 LJO TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS ACTION AS FRIVOLOUS, MALICIOUS, AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br>(Doc. 9)<br><br>ORDER ADOPTING RECOMMENDATION THAT THIS DISMISSAL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)<br>(Doc. 9) |

Plaintiff James E. Smith ("Smith"), a state prisoner proceeding in forma pauperis, filed the instant pro se civil complaint asserting that he was entitled to injunctive, declaratory, and monetary relief under the All Writs Act, 28 U.S.C. § 1651, the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E), and Federal Rule of Civil Procedure 81. (Docs. 1, 4). On June 7, 2007, the Magistrate Judge screened Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915A and (e)(2)(B), and issued a Report and Recommendation in which she recommended that Smith's complaint be dismissed with prejudice. (Doc. 9). The Magistrate Judge found that Smith's complaint provided no basis for federal jurisdiction, was frivolous, and failed to state any claims upon which relief could be granted. In addition, the Magistrate Judge found the Smith's complaint an attempt to abuse the judicial process, and, therefore, recommended that it be deemed malicious. (Id.).

The June 7, 2007 Report and Recommendation was served on Smith and contained notice that any objections were to be filed within fifteen (15) days of the date of service. On June 18, 2007, Smith filed timely objections to the report and recommendations. (Doc. 10).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Report and Recommendation filed on June 7, 2007 to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Doc. 9), filed June 7, 2007, is ADOPTED IN FULL;
2. Plaintiff's action is DISMISSED WITH PREJUDICE as frivolous, malicious, and for failure to state a claim upon which relief could be granted;
3. The dismissal of this action SHALL COUNT AS A STRIKE under 28 U.S.C. § 1915(g); and
4. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   June 21, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE