# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>             Plaintiff,<br><br>     vs.<br><br>DIRECTORS OF THE ENEMY<br>OF ALIEN CONTROL UNIT OF<br>THE DEPARTMENT OF JUSTICE,<br><br>             Defendant._____/ | Case No. 1:07-cv-0508 LJO TAG<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR TRANSCRIPTS,<br>FEES, AND COSTS<br>(Doc. 12) |

On March 26, 2007, Plaintiff James E. Smith , a state prisoner, filed a pro se habeas petition, which was re-designated as a general civil complaint. (Docs. 1, 5). Plaintiff sought declaratory and monetary relief under, inter alia, 42 U.S.C. § 1983 and the All Writs Act, 28 U.S.C. § 1651. (Doc. 1). On June 7, 2007, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's complaint be dismissed with prejudice as frivolous, malicious, and for failure to state a claim upon which relief could be granted. (Doc. 9). On June 22, 2007, the District Judge adopted the Report and Recommendation and the instant case was dismissed. (Doc. 11).

On July 2, 2007, Plaintiff filed a "motion for transcripts and appeal," in which he also moved for $25,000 in attorneys' fees and costs under 42 U.S.. § 1988.[1] (Doc. 12). Plaintiff alleged that he could not perfect his appeal absent portions of the transcripts. (Id.). Because this matter was taken under submission and dismissed without the necessity of any hearings, there are no hearing

---

[1] In his prayer for relief, Smith requested that this Court allow him the right to appeal. (Doc. 12). Under the Federal Rules of Appellate Procedure, a party generally has the right to appeal a final district court order. Fed.R.App.P. 3 and 4. To the extent that Smith is requesting permission to appeal, which he need not do in this case, his motion fails to include the information set forth in Fed.R.App.P. 5.

1  transcripts.

2  Plaintiff also requests $20,000 in attorney fees and $5,000 in costs, pursuant to 42 U.S.C.
3  § 1988. (Doc. 12). Plaintiff's motion for attorney fees and costs must fail because 42 U.S.C. § 1988
4  enables the prevailing party to move for fees and costs in an action to enforce civil rights under, inter
5  alia, 42 U.S.C. § 1983.  42 U.S.C. § 1988(b).  In the instant case, Plaintiff was not the prevailing
6  party and, therefore, he is not entitled to recover attorney's fees or costs. Id.; (see Doc. 11).

7  Accordingly, IT IS HEREBY ORDERED that Plaintiff James E. Smith's motion for
8  transcripts, attorney's fees, and costs (Doc. 12) is denied.

10 IT IS SO ORDERED.
11 Dated:   **February 14, 2008**                    /s/ Theresa A. Goldner
                                                    UNITED STATES MAGISTRATE JUDGE